943 A.2d 840

IN THE MATTER OF KATHLEEN D. WARGO, AN ATTORNEY AT LAW (ATTORNEY NO. 027761987).

March 14, 2008.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 07–210 and DRB 07–217, concluding on the

record certified to the Board pursuant to *Rule* 1:20-4(f) (default by respondent), that **KATHLEEN D. WARGO** of **MORRIS-TOWN,** who was admitted to the bar of this State in 1987, and who has been temporarily suspended from the practice of law since January 17, 2007, should be suspended from the practice of law for a period of one year for violating *RPC* 1.3(lack of diligence), *RPC* 1.4(b) (failure to keep client reasonably informed), *RPC* 1.15(b) (failure to promptly deliver funds), *RPC* 8.1(b) (failure to cooperate with ethics authorities), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation);

And the Disciplinary Review Board having further concluded that prior to reinstatement to practice, respondent should be required to complete twelve hours of courses in Professional Responsibility;

And **KATHLEEN D. WARGO** having been ordered to show cause why she should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **KATHLEEN D. WARGO** is suspended from the practice of law for a period of one year and until the further Order of the Court, effective immediately; and it is further

ORDERED that prior to reinstatement to practice, respondent shall enroll in and complete twelve hours of courses in professional responsibility approved by the Office of Attorney Ethics and submit proof of her successful completion thereof to the Office of Attorney Ethics; and it is further

ORDERED that respondent comply with *Rule* 1:20-20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20-20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20-20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC*

8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.